IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    No. 4:06CR00167 GH

JOHN LEONARD HAMMONS

FINAL ORDER OF FORFEITURE

WHEREAS, on August 22, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

    (a)    One Stevens, model 53-B, .22 Caliber rifle, no serial number;
    (b)    One Winchester, model 67A, .22 caliber rifle, no serial number;
    (c)    One Remington, model 1917, 30-06 caliber rifle, serial number 293457

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

    (a)    One Stevens, model 53-B, .22 Caliber rifle, no serial number;
    (b)    One Winchester, model 67A, .22 caliber rifle, no serial number;
    (c)    One Remington, model 1917, 30-06 caliber rifle, serial number 293457

is hereby forfeited to the United States of America pursuant to 18, U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 30th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE