IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                          CASE NO. **4:06CR 00167GH**

JOHN LEONARD HAMMONS                                              DEFENDANT

## **ORDER**

On motion of the government, for good cause shown, the judgment and commitment order is amended to include the forfeiture of firearms as charged in the Indictment.

IT IS SO ORDERED this 4th day of April, 2007.

_____
J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE