IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                     4:06CR00167-01-WRW

JOHN LEONARD HAMMONS

### AMENDED AND SUBSTITUTED
### JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a term of imprisonment of 11 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential substance abuse treatment during incarceration. The Court recommends that the defendant be placed at the Bureau of Prisons facility in Forrest City, Arkansas.

A term of Supervised Release of two (2) years is to follow incarceration. The defendant shall participate under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further the defendant shall abstain from the use of alcohol through the course of treatment. The remaining conditions of Supervised Release imposed earlier remain in full force and effect.

The defendant is to report to the designated Bureau of Prisons facility by 2:00 p.m. on Monday, February 22, 2010.

IT IS SO ORDERED this 19th day of January, 2010.

                                             /s/Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE

supvrl.2.Hammons.wpd